FILED

DEC 03 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>April Spring KELLY,<br><br>Defendant. | Case No.: 18MJ6100<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about November 30, 2018, within the Southern District of California, defendant April Spring KELLY, did knowingly and intentionally import 500 grams and more, to wit: approximately 16.44 kilograms (36.24 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substances, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about November 30, 2018, within the Southern District of California, defendant, April Spring KELLY, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 17.16 kilograms (37.83 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about November 30, 2018, within the Southern District of California, defendant, April Spring KELLY, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 5.44 kilograms (11.99 pounds), of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Andrew Bolton
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th, DAY OF November 2018.

HON Bernard G. Skomal
U.S. MAGISTRATE JUDGE

United States of America
VS.
April Spring KELLY

## PROBABLE CAUSE STATEMENT

I, Special Agent Andrew Bolton, declare under penalty perjury, the following is true and correct:

On November 30, 2018, at approximately 5:40 am, April Spring KELLY attempted to enter the United States from the Republic of Mexico at the San Ysidro, California, Port of Entry. KELLY was the driver, registered owner and sole occupant of a 2005 Volkswagen Jetta, navy blue in color, and bearing California license 7XCM860.

Customs and Border Protection Canine Enforcement Officer (CEO) Murray conducting primary K9 Roving operations when CEO Murray and his narcotics Human Detection Dog (NHDD) approached a navy-blue Volkswagen Jetta and received an alert from his NHDD to the rear bumper of the Volkswagen. While inspecting the rear bumper, CBPO Murray observed what appeared to be felt like material blocking the view into the bumper from the underneath side. CBPO Murray then pushed up on the felt like material and discovered what seemed to be a hard object in the bumper. CEO Murray notified CBPO Araujo.

Customs and Border Protection Officer ("CBPO") Araujo conducted the primary inspection of KELLY and his vehicle. KELLY provided a negative customs declaration to CBPO Araujo. CBPO Araujo asked KELLY to step out of her vehicle, where CBPO Araujo handcuffed her. KELLY was escorted to the security office.

3

The vehicle was escorted to the secondary inspection lot where an x-ray was taken. After review of the x-ray images, CBPO Iuli observed what appeared to be anomalies in both rear and front bumpers of the Volkswagen Jetta.

CBPO Lara conducted the secondary inspection of KELLY's 2005 Volkswagen Jetta. CBPO Lara found thirty-one (31) packages of possible narcotics that had been taken out of KELLY's vehicle. Eleven packages (11) packages field tested positive for methamphetamine, total weight 16.44 kilograms (36.24 pounds). Fifteen (15) packages field tested positive for cocaine, total weight 17.16 kilograms (37.83 pounds). Five (5) packages field tested positive for fentanyl, total weight 5.44 kilograms (11.99 pounds).

On November 30, 2018, at approximately 11:40 am, KELLY was brought into an interview room located at the San Ysidro Port of Entry. HSI SA Byrne read KELLY her Miranda rights. Kelly waived her Miranda rights and spoke to agents.

In summary KELLY stated that she did not know who had put the narcotics in her vehicle. KELLY stated she did not know how anyone would have taken the narcotics out of her car after she crossed into the United States. KELLY stated that she entered the United States with the intent to drive to north county San Diego and pick up a computer from a friend. KELLY provided information about her boyfriend and his possible connection to smuggling of narcotics but affirmed she never smuggled narcotics for her boyfriend. KELLY eventually stated that she no longer wanted to answer any questions, nor did she want to listen to information agents wanted to provide her. The interview was concluded without incident.

4

_____
Special Agent Andrew Bolton
Homeland Security Investigations

Based on the facts presented in this probable cause statement consisting of 5 pages, I find probable cause to believe that the defendant, April Spring KELLY, named in this probable cause statement, committed the offense on November 30, 2018, in violation of Title 21, United States Code, Section(s) 952, 960, Unlawful Importation of a Controlled Substance.

_____          9:11 PM, Nov 30, 2018
Hon. Bernard G. Skomal                          Date/Time
United States Magistrate Judge

5