25

FILED
Dec 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ kristenb      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '18 CR5463 JLS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine, Cocaine, & Fentanyl |
| APRIL SPRING KELLY, | |
| Defendant. | |

The United States Attorney charges:

### Count 1

On or about November 30, 2018, within the Southern District of California, defendant April Spring Kelly, did knowingly and intentionally import 500 grams and more, to wit: approximately 16.44 kilograms (36.24 pounds), of a mixture and substance containing detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about November 30, 2018, within the Southern District of California, defendant APRIL SPRING KELLY did knowingly and intentionally import 5 kilogram and more, to wit: approximately 17.16

SWH/cs:12/19/2018

kilograms (37.83 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

On or about November 30, 2018, within the Southern District of California, defendant APRIL SPRING KELLY did knowingly and intentionally import 400 grams and more, to wit: approximately 5.44 kilograms of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/20/18

ADAM BRAVERMAN
United States Attorney

SHERRI W. HOBSON
Assistant U.S. Attorney

2