AO 455 (Rev. 5/85) Waiver of Indictment

#8



## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

CASE NUMBER: 18CR5463JLS

APRIL SPRING KELLY,

I, APRIL SPRING KELLY, the above-named defendant, who

is accused of committing the following offenses:

> Importation of Controlled Substances (Fentanyl, Cocaine, and Methamphetamine)

> Conspiracy To Distribute Fentanyl

being advised of the nature of the charges, the proposed

***superseding information***, and of my rights, hereby waive in open

court on     JULY 15, 2019     prosecution by indictment and

consent that the proceeding may be by information rather than by

indictment.

_____
Defendant

_____
Defense Counsel

Before     _____  7/15/2019
           Judicial Officer  K.A. Gossett